United States Courts
Southern District of Texas
FILED

*September 04, 2024*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

**TOMILEE RAMIREZ,**
*Plaintiff,*

V.

**C.A. NO. 5:23-CV-140**

**MARISSA GARZA AND DESTINY GONZALEZ,**
*Defendants.*

---

## PLAINTIFF'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Plaintiff, Tomilee Ramirez, and files this Advisory to the Court, respectfully showing the Court as follows:

1. On 10/30/2023, Plaintiff filed the original complaint in the above-referenced case as shown in **EXHIBIT A**. In the original complaint, Plaintiff did not request a jury trial.

2. Plaintiff has recently become aware that the Defendants, in their Civil Cover Sheet shown in **EXHIBIT B** filed with their responsive pleading may be frivolous, indicating in Part VII "Requested in Complaint" that a jury demand was made. However, Plaintiff asserts that no such jury demand was initially marked or requested in the original complaint.

3. Plaintiff brings this discrepancy to the attention of the Court to ensure the record accurately reflects the pleadings and requests made in this ccase.

WHEREFORE, Plaintiff respectfully requests that the Court take notice of this discrepancy and consider it as appropriate in the proceedings.

Tomilee Ramirez
605 N RIGMA
HEBBRONVILLE TEXAS 78361
210-895-2238
TOMILEE535@GMAIL.COM