**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

PRIORITY® Retail

S POSTAGE PAID
$9.85
Origin: 78361
08/29/24
4839600361-03

ITY MAIL®
0 Lb 6.10 Oz
RDC 03
DAY: 08/31/24
C009

ST
40-5019

RACKING® #

16 4242 1849 65

PRIORITY★MAIL★


UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Tomilee Ramirez
605 N. Rigma
Hebbronville Tx 78361

TO: Nathan Ochsner
Clerk of Court
1300 victoria St., ste. 1131
Laredo Tx 78040

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE