United States District Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **TOMILEE RAMIREZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:23-CV-00140** |
| § | |
| **MARISSA GARZA,** *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Order (Dkt. 18), Defendant Marissa Garza's Motion to Dismiss (Dkt. 5) is GRANTED. Because all of Plaintiff Tomilee Ramirez's ("Plaintiff") claims are dismissed, Plaintiff's other motion (Dkt. 8) is DENIED AS MOOT. Plaintiff's civil action against Defendants Marissa Garza and Destiny Gonzalez (collectively, "Defendants") is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mail Plaintiff and Defendants a copy of this Final Judgment by any receipted means at the address indicated in their most recent filings. The Clerk is further DIRECTED to TERMINATE Civil Action No. 5:23-CV-140.

IT IS SO ORDERED.

SIGNED this October 9, 2024.

_____
Diana Saldaña
United States District Judge